UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Cruz Cortes and Israel Sanchez Martinez,<br><br>*Plaintiffs,*<br><br>-against-<br><br>Casa Restaurant & Lounge Inc. d/b/a Casa Restaurant & Lounge and Vanessa Lopez-Beltron,<br><br>*Defendants.* | Case No. 1:23-cv-08092-JHR<br><br>**JUDGMENT** |

On November 1, 2024, plaintiffs JOSE CRUZ CORTES and ISRAEL SANCHEZ MARTINEZ filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That plaintiffs JOSE CRUZ CORTES and ISRAEL SANCHEZ MARTINEZ have judgment against defendants CASA RESTAURANT & LOUNGE INC. d/b/a Casa Restaurant & Lounge and VANESSA LOPEZ-BELTRON in the amount of $103,000.00 (ONE-HUNDRED THREE THOUSAND DOLLARS), inclusive of attorneys' fees, costs and prejudgment interest.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have as to damages, or any other form of relief, arising out of the alleged acts or omission of Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as ad admission of liability by Defendants, or any officer, employee

or agent, either past or present of Defendants; nor is it an admission that Plaintiffs have suffered any damages.

This judgment will act to release and discharge Defendants, their successors or assigns, and all past and present officers, employees, representative, attorneys and agents of Defendants, from any and all claims that were or could have been alleged by Plaintiffs on behalf of themselves and all others similarly situated in the above-referenced action.

Dated:   November 4, 2024

The Clerk of Court is directed to cancel all deadlines, terminate all pending motions, and close this case.

*[Signature: Jennifer H. Rearden]*

HON. JENNIFER H. REARDEN
United States District Judge